JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orlando Garcia,<br><br>                Plaintiff,<br><br>v.<br><br>Jose Landazuri, et al.,<br><br>                Defendant. | Case No. LA20CV02634-AB (MRWx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: June 18, 2020       _____
                                                        ANDRÉ BIROTTE JR.
                                                        UNITED STATES DISTRICT JUDGE